**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| Diana Rodriguez, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1826 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| Village of Montgomery et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Filing of Appearance**

To:  Kevin R. Peters      kp6970022@aol.com
     Mary F. DeSloover    040424@msn.com
     Thomas M. Peters     tompeters9@aol.com
     Ellen K. Emery       eemery@ancelglink.com
     Jody Knight          jknight@ancelglink.com

   Please take notice that on April 17, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Attorney Appearance of Assistant State's Attorney Joseph F. Lulves, correct copies of which are attached to this Notice of Filing and duly served upon you.

**Certificate of Service**

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described documents to be served upon the above named parties by transmitting a copy via ECF; on April 17, 2008.

                                                          /s/ Joseph F. Lulves

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008