IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Diana Rodriguez, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1826 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| Village of Montgomery et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Filing and Presentment of Motion to Dismiss

To:  Kevin R. Peters    kp6970022@aol.com
     Mary F. DeSloover  040424@msn.com
     Thomas M. Peters   tompeters9@aol.com
     Ellen K. Emery     eemery@ancelglink.com
     Jody Knight        jknight@ancelglink.com

Please take notice that on June 2, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, the Kane County Sheriff's Motion to Dismiss, and will present this Motion in Courtroom 2103 before Judge Matthew Kennelly, or any judge sitting in his place, on June 12, 2008, at 9:30 am, at which time you may appear as you see fit. Correct copies of the Motion are attached to this Notice of Filing and Presentment and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document(s) to be served upon the above named parties by ECF delivery on June 2, 2008.

/s/ Amy P. Engerman
Assistant State's Attorney

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6277932

Case 1:08-cv-01826   Document 20   Filed 06/02/2008   Page 2 of 2