IN THE UNITED STATES DISTTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANA RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 C 1826 |
| | ) | |
| VILLAGE OF MONTGOMERY, DENNIS SCHMIDT, et al. | ) | Honorable Judge Dow |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS VILLAGE OF MONTGOMERY AND DENNIS SCHMIDT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

NOW COME Defendants, VILLAGE OF MONTGOMERY and DENNIS SCHMIDT, by their counsel, ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & KRAFTHEFER, P.C., and move this Court for leave to extend the time within which to answer or otherwise plead an additional nine (9) days, to and including June 11, 2008.

1. On March 31, 2008, Plaintiff filed her Complaint.

2. Defendants Village of Montgomery and Dennis Schmidt recently retained the law firm of Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C. to represent them in this matter.

3. Defendants' deadline of June 2, 2008 to respond to the Complaint conflicted with multiple work responsibilities of the attorneys for the Village and Dennis Schmidt, as well as a previously scheduled vacation.

4. The date set for presentation of any motions to dismiss is June 12, 2008. Therefore, this extension will not require any other dates to be changed.

5. Accordingly, Defendants request that this Court enter an order granting

Defendants Village of Montgomery and Dennis Schmidt an additional nine (9) days, to and including June 11, 2008, to answer or otherwise plead to Plaintiff's complaint.

                                              Respectfully submitted,

By:   /s/ Jody Knight
        Jody Knight

Gregory S. Mathews (3127427)
Jody Knight (6286610)
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois  60603
(312) 782-7606

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2008, I electronically filed the foregoing Defendants Village of Montgomery and Dennis Schmidt's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification to:

tompeters9@aol.com
kp6790022@aol.com
040424@msn.com
lulvesjoseph@co.kane.il.us
engermanamy@co.kane.il.us
floodbetsy@co.kane.il.us

                                      /s/ Jody Knight
                                      Jody Knight