# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1826 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Rodriguez vs. Village of Montgomery | | |

**DOCKET ENTRY TEXT**

The motion of defendants Montgomery and Schmidt for extension of time is granted. Response to complaint is to be filed by 6/11/08. The status hearing of 6/12/08 is vacated and reset to 6/16/08 at 9:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|