IN THE UNITED STATES DISTTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANA RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 C 1826 |
| | ) | |
| VILLAGE OF MONTGOMERY, DENNIS SCHMIDT, et al. | ) | Honorable Judge Kennelly |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 16, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly, or any Judge sitting in his stead, in Courtroom 2103 of the United States District Court for the Northern District of Illinois, Eastern Division at 219 South Dearborn, Chicago, Illinois, and shall then and there present t Defendants Village of Montgomery and Dennis Schmidt's 12(b)(6) Motion to Dismiss, a copy of which is herewith served upon you.

/s/ Jody Knight

Jody Knight

Jody Knight
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008, I electronically filed this Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

tompeters9@aol.com
kp6790022@aol.com
040424@msn.com
lulvesjoseph@co.kane.il.us
engermanamy@co.kane.il.us
floodbetsy@co.kane.il.us

/s/ Jody Knight
jknight@ancelglink.com