## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Diana Rodriguez

                        Plaintiff,

v.                                          Case No.: 1:08–cv–01826
                                            Honorable Matthew F. Kennelly

Village of Montgomery, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

        MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff has leave to file an amended complaint by 6/23/2008. Response to motion to dismiss due by 6/23/2008. Reply due by 7/3/2008. Ruling set to 7/22/2008 at 09:30 AM. Status hearing set to 7/22/2008 at 9:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.