# IN THE
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIANA RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 08 C 1826 |
| VILLAGE OF MONTGOMERY, KANE | ) |
| COUNTY, JOHN A. BARSANTI, KANE COUNTY | ) |
| STATE'S ATTORNEY, DENNIS SCHMIDT, | ) |
| CHIEF OF POLICE OF VILLAGE OF | ) Honorable Matthew Kennelly, |
| MONTGOMERY, AND PATRICK B. PEREZ, | ) Presiding. |
| SHERIFF OF KANE COUNTY, | ) |
| Defendants | ) |

## NOTICE OF FILING

TO:   See attached Service List.

   PLEASE TAKE NOTICE that on June 19, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, ***PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS***, copies of which are attached.


                                S/ Thomas Peters
                                THOMAS PETERS
                                KEVIN PETERS
                                MARY DeSLOOVER
                                ATTORNEY FOR PLAINTIFF
                                407 S. Dearborn, Suite 1675
                                Chicago, IL 60605
                                312-697-0022

## **CERTIFICATE OF SERVICE**

  I CERTIFY that I have electronically delivered a copy of this Notice to Counsel for the Defendants at the address set forth above.

  DATED at Chicago, Illinois, June 19, 2008.

S/ Thomas Peters

**SERVICE LIST**

Jody Knight
Ancel, Glink
140 S. Dearborn
Suite 600
Chicago, IL 60603

Joseph F. Lulves
Kane County State's Attorney
100 S. Third Street
Fourth Floor
Geneva, IL 60134