IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIANA RODRIGUEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) No. 08 C 1826 |
| VILLAGE OF MONTGOMERY, KANE COUNTY, JOHN A. BARSANTI, KANE COUNTY STATE'S ATTORNEY, DENNIS SCHMIDT, CHIEF OF POLICE OF VILLAGE OF MONTGOMERY, AND PATRICK B. PEREZ, SHERIFF OF KANE COUNTY, | ) ) ) ) ) Honorable Matthew Kennelly, ) Presiding. ) ) |
| Defendants | ) |

### NOTICE OF MOTION

TO:   See Attached Service List.

PLEASE TAKE NOTICE that on July 1, 2008, I shall appear before the Honorable Judge Matthew Kennelly, in Room 2103 at 219 S. Dearborn, Chicago, Illinois, at 9:30 a.m., and then and there present the attached ***PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.***

   S/ Thomas Peters
THOMAS PETERS
KEVIN PETERS
ATTORNEY FOR PLAINTIFFS
407 S. Dearborn, Suite 1675
Chicago, IL 60605
3l2-697-0022

1

**CERTIFICATE OF ELECTRONIC SERVICE**

      Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 20th day of June, 2008.

                                                S/ Thomas Peters

## SERVICE LIST

Jody Knight
Ancel, Glink
140 S. Dearborn
Suite 600
Chicago, IL 60603

Joseph F. Lulves
Kane County State's Attorney
100 S. Third Street
Fourth Floor
Geneva, IL 60134