IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Diana Rodriguez, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1826 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| Village of Montgomery et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Notice of Filing Appearance

To:  Kevin R. Peters     kp6970022@aol.com
     Mary F. DeSloover  040424@msn.com
     Thomas M. Peters   tompeters9@aol.com
     Ellen K. Emery     eemery@ancelglink.com
     Jody Knight        jknight@ancelglink.com

Please take notice that on June 25, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Appearance of Assistant State's Attorney Joseph Lulves on behalf of the County of Kane and John A. Barsanti, Kane County State's attorney, a copy of which is attached to this Notice.

## Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document(s) to be served upon the above named parties by ECF delivery on June 25, 2008.

/s/ Joseph F. Lulves
Assistant State's Attorney

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008