**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| Diana Rodriguez, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1826 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| Village of Montgomery et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Filing of Appearance

To:   Kevin R. Peters          kp6970022@aol.com
      Mary F. DeSloover        040424@msn.com
      Thomas M. Peters         tompeters9@aol.com
      Ellen K. Emery           eemery@ancelglink.com
      Jody Knight              jknight@ancelglink.com

Please take notice that on June 26, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Attorney Appearance of Assistant State's Attorney Amy Engerman, on behalf of the County of Kane and John A. Barsanti, Kane County State's Attorney, correct copies of which are attached to this Notice of Filing and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described documents to be served upon the above named parties by transmitting a copy via ECF; on June 26, 2008.

/s/ Amy Engerman

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6277932