## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1826 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Rodriguez vs. Village | | |

**DOCKET ENTRY TEXT**

Motion for class certification is entered and continued to 7/22/2008 at 9:30 AM. Response to defendant Barsanti's motion to dismiss is due by 7/15/2008. Reply brief due by 7/25/2008. Defendant's response date to previously filed motion to dismiss is extended to 7/7/2008.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|