## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Diana Rodriguez, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1826 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| Village of Montgomery et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Filing of Reply

To:   Kevin R. Peters      kp6970022@aol.com
      Mary F. DeSloover    040424@msn.com
      Thomas M. Peters     tompeters9@aol.com
      Ellen K. Emery       eemery@ancelglink.com
      Jody Knight          jknight@ancelglink.com

Please take notice that on July 3, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Reply of Kane County Sheriff Patrick B. Perez, correct copies of which are attached to this Notice of Filing and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described documents to be served upon the above named parties by transmitting a copy via ECF; on July 3, 2008.

/s/ Joseph F. Lulves

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008