IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Diana Rodriguez, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1826 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| Village of Montgomery et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Filing of Reply

To:   Kevin R. Peters     kp6970022@aol.com
      Mary F. DeSloover  040424@msn.com
      Thomas M. Peters   tompeters9@aol.com
      Ellen K. Emery      eemery@ancelglink.com
      Jody Knight         jknight@ancelglink.com

   Please take notice that on July 25, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Reply of Kane County State's Attorney John A. Barsanti, correct copies of which are attached to this Notice of Filing and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described documents to be served upon the above named parties by transmitting a copy via ECF; on July 25, 2008.

                                            /s/ Amy P. Engerman

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6277932