**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Diana Rodriguez
                                  Plaintiff,

v.                                           Case No.: 1:08−cv−01826
                                                      Honorable Matthew F. Kennelly

Village of Montgomery, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 7/31/2008. Plaintiff's memorandum in support of motion for class certification is to be filed by 8/14/2008. Responses to motion due by 9/4/2008, and reply brief by 9/15/2008. Ruling by mail. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.