IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Diana Rodriguez, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1826 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| Village of Montgomery et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Filing of Answers and Affirmative Defenses of
Kane County Sheriff Patrick B. Perez and
Kane County State's Attorney John A. Barsanti**

To:   Kevin R. Peters     kp6970022@aol.com
      Mary F. DeSloover   040424@msn.com
      Thomas M. Peters    tompeters9@aol.com
      Ellen K. Emery      eemery@ancelglink.com
      Jody Knight         jknight@ancelglink.com

    Please take notice that on August 11, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Answers and Affirmative Defenses of Patrick B. Perez and John A. Barsanti, correct copies of which are attached to this Notice of Filing and duly served upon you.

Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described documents to be served upon the above named parties by transmitting a copy via ECF; on August 11, 2008.

                                              /s/ Joseph F. Lulves

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008