UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Diana Rodriguez, | ) | Case No. 08 CV 1826 |
| | ) | |
| Plaintiff, | ) | Judge Matthew Kennelly |
| | ) | |
| v. | ) | |
| | ) | |
| Village of Montgomery et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Agreed Motion to Extend Time to Respond to Plaintiff's Motion for Class Certification

Now comes the County of Kane, Kane County Sheriff Patrick B. Perez, and Kane County State's Attorney John A. Barsanti ("Defendants"), by their attorneys Kane County Assistant State's Attorneys Amy P. Engerman and Joseph F. Lulves, and in support of this motion state:

This Court set a briefing schedule for Plaintiff's Motion for Class Certification setting a Response due date of September 4, 2008, and a Reply date of September 15, 2008. Docket entry #32.

The above Defendants and Plaintiff's attorney Thomas Peters are substantively discussing a settlement of this case that would resolve all issues between the parties. In order for Defendants to obtain the necessary authority to proceed with these discussions, authorization from the affected government units is required, which requires some time, as the relevant committees, and Kane County Board, meet once a month.

1

Therefore, for Defendants to obtain the proper authorizations to discuss settlement, Defendants request the above briefing schedule be extended by 28 days.

Defendants have conferred with Plaintiff's Attorney Thomas Peters regarding the contents of this motion, and he is not opposed to the requested extension of time.

    Respectfully submitted,
    County of Kane,
    Kane County Sheriff Patrick B. Perez,
    Kane County State's Attorney John A. Barsanti by:

    /s/Joseph F. Lulves
    Kane County
    Assistant State's Attorney

Amy P. Engerman
Joseph Lulves
Kane County
Assistant State's Attorneys
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630 208-5320
Atty. No. 6197008