IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Diana Rodriguez, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1826 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| Village of Montgomery et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Filing and Presentment of Agreed Motion to Extend Time

To:  Kevin R. Peters     kp6970022@aol.com
     Mary F. DeSloover   040424@msn.com
     Thomas M. Peters    tompeters9@aol.com
     Ellen K. Emery      eemery@ancelglink.com
     Jody Knight         jknight@ancelglink.com

Please take notice that on September 4, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, the Kane County Defendants Agreed Motion to Extend Time, and will present this Motion in Courtroom 2103 before Judge Matthew Kennelly, or any judge sitting in his place, on September 10, 2008, at 9:30 am, at which time you may appear as you see fit. Correct copies of the Motion are attached to this Notice of Filing and Presentment and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document(s) to be served upon the above named parties by ECF delivery on September 4, 2008.

/s/ Joseph F. Lulves
Assistant State's Attorney

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008