# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1826 | **DATE** | 9/10/2008 |
| **CASE TITLE** | Diana Rodriguez vs. Village of Montgomery, et. Al. | | |

**DOCKET ENTRY TEXT**

Agreed motion to extend time is granted.  Due date for response to motion for class certification is extended to 10/2/08.  Due date for reply is extended to 10/13/08.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | DS |
|---|---|---|